Name: Kerie Zavala
Mailing address: 206 mesa verde Dr, Santa Barbara CA 93110
Telephone: 805 819 9435


RECEIVED
MAY 16 2018
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Kerie Zavala
(Full name of plaintiff in this action)
Plaintiff,

vs.

Cecil Webb,
(Full names of ALL defendant(s) in this action. Do NOT use et al.)
Defendant(s).

Case No. _____
(To be supplied by the Court)

PRO SE COMPLAINT

for/under

_____
(Type of complaint)

## A. Jurisdiction

Jurisdiction in the United States District Court for the District of Alaska is invoked under:

Original court order is in San Diego. Dad took our kids AGAINST court order. Shipped our son to AK.

PS22

Case 4:18-cv-00018-TMB   Document 1   Filed 05/16/18   Page 1 of 7

**B. Parties**

1. The Plaintiff is _Kerie Zavala_ (Print Name), who presently resides at _2016 Mesa Verde Dr Santa Barbara CA 93110_ (Address)

2. Defendants:

Defendant No. 1, _Cecil Webb_ (Name), is a citizen of _Kentucky_ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

Defendant No. 2, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

Defendant No. 3, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).
(City and State)

Defendant No. 4, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

Defendant No. 5, _____ (Name), is a citizen of _____ (City/State), who works as a _____ (Job Title, if applicable) for _____ (Employer/agency, if applicable).

**C. Causes of Action** (Briefly describe the **facts** you consider important to each claim. State what happened **clearly** and **briefly**, in your **own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to support each claim for relief.)

Claim 1: On or about **June 18, 2011 to now**, _____
(Date or Period of Time)            (Supporting facts)

Dad took our kids, has kept them from me for almost 7 years. After SEVERAL cps, police reports and court nothing was done. The dad and his wife Jo have not only kept our kids from me against the court order but they have abused and neglected our children. locking the fridge so they could not eat. our son, Cecil O. Webb who is currently in AK. was 45 lbs 4 foot 11 and 12 years old. Our son has mentioned to the courts he is scared to live with his dad. Our oldest daughter said she was going to kill herself because her dad was going to put her in foster care because he did not want her. Police accused me of making this up, and did NOTHING Same with CPS. Keeping our kids from me against the court order and leaving

Claim 2: On or about _____, _____
                    (Date or Period of Time)            (Supporting facts)

the State against the court order falls under the parental Kidnapping act. It almost been 7 years that Courts, police and Cps have all allowed these Kids to be abused and nothing happening to the so called adults in Question. Despite my best efforts we have failed these Kids.

Claim 3: On or about _____, _____
                              (Date or Period of Time)                      (Supporting facts)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## D. Request for Relief

Plaintiff requests that this court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $ _____

3. An order requiring defendant(s) to _____

_____

_____

4. A declaration that _____

_____

_____

5. Other: _____

_____

_____

Plaintiff demands a trial by _____ Jury __X__ Court. (Choose one)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_/s/_

**Plaintiff's Original Signature**

Ker.e Zavala
(Plaintiff's Full Name)

Executed at Santa Barbara on 5-10-2018
(Location) (Date)

6 COMPLAINT

K. Zau
636 mesa Verde Dr
Santa Barbara CA 93110

Federal Building, U.S. Courthouse
101 12th Ave, Room 332
Fairbanks AK. 99701

RECEIVED
MAY 16 2018
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

Santa Barbara CA 931
FRI 11 MAY 2018 PM